VIDEO TELEVISION, INC., et al., Appellants, v. JOSEPH Y. RESNICK et al., Respondents.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

■

HARRY B. FRANK et al., Respondents, v. 11 WEST 42ND STREET, INC., Appellant.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See post, p. 791.]

■

In the Matter of R. E. DIETZ COMPANY, Respondent-Appellant, and GREENLAIGHT REALTY CORP., Intervener, Respondent-Appellant. PORT WAREHOUSES, INC., Appellant-Respondent.— Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

■

ALFRED CHOMIAK, Respondent, v. JACK STANLEY, Appellant, and IRVING SCHULTZ, Respondent.— No opinion. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL FRANCIS AHEARN, Appellant.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

■

In the Matter of JACK GOLDSTEIN et al., Similarly Situated, Appellants, against JOSEPH A. MCNAMARA et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.; Callahan and Shientag, JJ., dissent in the following memorandum: We dissent and vote to reverse the order and grant the application. The proposed lists from which appointments are to be made involve positions with duties and examination requirements markedly and manifestly dissimilar to those of the instant position. We think that the use of such lists would result in a failure to follow the constitutional requirement for appointment according to merit and fitness to be ascertained by competitive examination (N. Y. Const., art. V, § 6). [201 Misc. 253.]